IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLIFFORD AND LOVETA PRUITT,** *et al.*                                            **PLAINTIFFS**

**VS.**                                    **4:12-CV-00690-BRW**

**SOUTHWESTERN ENERGY COMPANY**                                              **DEFENDANT**

### ORDER

Pending is Southwestern Energy Company's Motion to Dismiss Second Amended Complaint for Lack of Subject-Matter Jurisdiction and to Stay all Discovery (Doc. No. 37). Plaintiffs have responded.[1] A hearing was held on April 25, 2013 to address the Motion and Southwestern's Motion to Dismiss pending in the related case of *Smith v. Southwestern Energy Company*, No. 4:12-CV-00423-BRW.

For the same reasons given in the May 13, 2013 Order in *Smith*,[2] the Motion to Dismiss is GRANTED and this case is DISMISSED without prejudice. All other pending motions are DENIED as MOOT.

IT IS SO ORDERED this 13th day of May, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 41.

[2] *Smith v. Southwestern Energy Company*, No. 4:12-CV-00423-BRW, Doc. No. 85 (E.D. Ark. May 13, 2013).