IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CLIFFORD PRUITT, *et al*                                                                        PLAINTIFF

VS.                                    4:12-CV-00690-BRW

SOUTHWESTERN ENERGY COMPANY                                                DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered granting Defendant's Motion to Dismiss and dismissing Plaintiff's claims without prejudice.

IT IS SO ORDERED this 14th day of May, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE